# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RAMIRO FELIX GONZALES, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> BRYAN COLLIER, § <br> Executive Director, § <br> Texas Department of Criminal § <br> Justice, Huntsville, Texas; § <br> § <br> BOBBY LUMPKIN, Director, § <br> Texas Department of Criminal § <br> Justice, Correctional Institutions § <br> Division, Huntsville, Texas; § <br> § <br> and § <br> § <br> DENNIS CROWLEY, Warden, § <br> Texas Department of Criminal § <br> Justice, Huntsville Unit, § <br> Huntsville, Texas, § <br> § <br> *Defendants*. § | No. 4:21-cv-00828 |

## ADVISORY REGARDING MODIFICATION OF EXECUTION DATE

Plaintiff Ramiro Gonzales files this advisory to update this Court regarding the modification of his previously scheduled execution date.

On March 12, 2021, Mr. Gonzales filed a Complaint Pursuant to 42 U.S.C. § 1983 in this Court. Doc. 1. That Complaint alleged that the Defendants intend to execute Mr. Gonzales under conditions that violate the First Amendment's Free

1

Exercise Clause and will substantially burden the exercise of his religion in violation of the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc et seq. *Id.* at ¶2. Specifically, the Complaint alleges that the Defendants refused his request to have his spiritual advisor present in the execution chamber at the time of his execution. *Id.* at ¶3. The Defendants' Answer is due on May 11, 2021.

At the time the Complaint was filed, Mr. Gonzales's execution date was scheduled for April 20, 2021. On April 6, 2021, the 454th Judicial District Court of Medina County, Texas, entered an order modifying his execution date to November 17, 2021. A copy of that order is attached to this advisory.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender

/s/ Jeremy Schepers
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746
jeremy_schepers@fd.org

/s/ Steven T. Collis
Steven T. Collis (TX 24122632)
Director, Law & Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
Steven.collis@law.utexas.edu

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Southern District of Texas using the electronic case-filing (ECF) system of the Court, which will serve all registered users in this case.

/s/ Jeremy Schepers
Jeremy Schepers