


# CINDY FOWLER
## DISTRICT CLERK

—— MEDINA COUNTY ——

April 7, 2021

Texas Department of Criminal Justice
Classification and Records
**Attn: Kim Massey**
861 IH 45 North
Huntsville, Texas 77320

The State of Texas Vs. Ramiro Felix Gonzales

04-02-09091-CR

Dear Madam:

    The above named inmate is currently housed on Death Row awaiting execution for a conviction out of the 454th District Court, Medina County, Texas. The Court of Criminal Appeals recently issued an opinion setting the stage for Ramiro Felix Gonzales. Judge <u>Stephen Ables</u> has chosen to set a date of execution for November 17th 2021.

    In order to facilitate the process, I have enclosed for your records an Order Modifying and Setting Execution Date and Warrant of Execution. Please confirm the receipt of these documents upon receiving them.

    For your information, I am sending certified copies of these documents and this letter to the inmates' attorney and the Attorney General's Office.

    Thank you in advance for you efforts.

Sincerely,

*Cindy Fowler*

Cindy Fowler, District Clerk
Medina County, Texas

Cc:  Michael Gross  
    Attorney At Law  
    lawofcmg@gmail.com

    Jeremy Schepers  
    Attorney At Law  
    Jeremy_schepers@fd.org

    Benjamine Wolff  
    Office Of Forensic & Capital Writs  
    Benjamin.Wolff@ocfw.texas.gov

    Ed Shaughnessy  
    Attorney At Law  
    shaughnessy727@gmail.com

    Mark Haby  
    District Attorney 454th Judicial District  
    mark.haby@medinacountytexas.org

    Betty Hancock  
    betty.hancock@txcourts.gov

    Raoul Shonemann  
    Capital Punishment Clinic  
    rschonemann@law.utexas.edu

    Thea Posel  
    Capital Punishment Clinic  
    tposel@law.utexas.edu



**FILED**
HOUR 2:07 pm
APR 0 6 2021
CINDY FOWLER
Dist Clerk, Medina County, Texas
By_____ Deputy

## ORDER MODIFYING AND SETTING EXECUTION DATE

Cause No. **04-02-09091-CR**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 454TH JUDICIAL |
| vs. | § | DISTRICT COURT OF |
| RAMIRO FELIX GONZALES | § | MEDINA COUNTY, TEXAS |

OFFENSE: CAPITAL MURDER

The court, having received the Mandate of the Texas Court of Criminal Appeals on the 17th day of JUNE A.D., 2009, affirming the Judgment thereupon, modifies and sets the date of the execution as follows:

It is the Order of the court that the defendant, RAMIRO FELIX GONZALES, who has been previously sentenced to death, and whose execution had been previously set for April 20, 2021, shall now on the 17th day of Nov. A.D., 2021, at any time after the hour of 6 P.M., at the Correctional Institutions Division of the Texas Department of Criminal Justice, at Huntsville, Texas, be caused to die by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until such convict is dead; and that the clerk of this court issue a Death Warrant in accordance with this Order directed to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice at Huntsville, Texas, and deliver said warrant to the Sheriff of this court of Medina County, Texas to be by him delivered to said Director. It is also the Order of the court that the prior death warrant for defendant, RAMIRO FELIX GONZALES, of September 21, 2020, is hereby recalled.

SIGNED and ENTERED of record this 6 day of April A.D., 2021.

JUDGE STEPHEN ABLES
454TH JUDICIAL DISTRICT COURT
MEDINA COUNTY, TEXAS

CERTIFIED A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD.
CINDY FOWLER
MEDINA COUNTY DISTRICT CLERK
_____ DEPUTY
4/7/2021



# WARRANT OF EXECUTION

THE STATE OF TEXAS      NO.   04-02-9091-CR      IN THE 454TH DISTRICT COURT

VS.      OF

RAMIRO **FELIX** GONZALES      MEDINA COUNTY, TEXAS

TO THE **DIRECTOR** OF THE CORRECTIONAL **INSTITUTIONS** DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE **AND TO** THE SHERIFF OF MEDINA COUNTY, TEXAS:

On the 25th day of August 2006, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 6th day of September 2006, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals's mandate affirming the above-named defendant's conviction for capital murder and having received notice of the Court of Criminal Appeals's denial of the defendant's initial application for writ of habeas corpus, sentenced the above-named defendant to death for the offense of capital murder and ORDERS that the execution be had on the 17th day of November, 2021, at any time after the hour of 6:00 p.m. at the Correctional Institutions Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Medina County, Texas, is hereby commanded to transport the defendant to the Correctional Institutions Division of the Texas Department of Criminal Justice and deliver the defendant, if not previously delivered, and this warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the defendant, if not previously delivered, and the sheriff will return the receipt to the office of the District Clerk of Medina County, Texas.

The Director of the Correctional Institutions Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff the defendant, if not previously delivered, and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m. on the 17th day of November 2021, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant sufficient to cause death, and the injection of the substance or substances into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Herein fail not, and due return make hereof in accordance with the law.

Witness my signature and seal of office on this 7th day of April, 2021.

CINDY FOWLER
MEDINA COUNTY DISTRICT CLERK

NO. __04-02-9091-CR__   STYLE: THE STATE OF TEXAS VS. RAMIRO FELIX GONZALES

SHERIFF'S RETURN

The Sheriff of Medina County, Texas, received this writ on the _____ day of _____, 2021, and executed the same by delivering the within-named defendant, if not previously delivered, in person and this warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice on the _____ day of _____, 2021, and by taking his receipts for the said defendant, if not previously delivered, and this warrant, now make my return to the Clerk of the 454th District Court of Medina County, Texas, on this _____ day of _____, 2021.

                                              RANDY BROWN
                                              SHERIFF OF MEDINA COUNTY, TEXAS

                                              BY:
                                              DEPUTY


On this the _____ day of _____, 2021, the following papers related to cause number 04-02-9091-CR, styled THE STATE OF TEXAS v. RAMIRO FELIX GONZALES, were received from the Sheriff of Medina County, Texas.

1. One original of **DEATH WARRANT** to be delivered to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

2. One certified Execution Order.

                                              _____
                                              **SIGNATURE OF TDCJ OFFICIAL**