IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMIRO FELIX GONZALES, § | |
| *Plaintiff,* § | |
| § | |
| § | No. 4:21-cv-00828 |
| vs. § | |
| § | |
| § | |
| BRYAN COLLIER, *et al*, § | |
| *Defendants.* § | |

**ADVISORY REGARDING MODIFICATION OF EXECUTION DATE**

Plaintiff Ramiro Gonzales files this advisory to update this Court regarding the modification of his previously scheduled execution date.

On March 12, 2021, Mr. Gonzales filed a Complaint Pursuant to 42 U.S.C. § 1983 in this Court. Doc. 1. That Complaint alleged that the Defendants intend to execute Mr. Gonzales under conditions that violate the First Amendment's Free Exercise Clause and will substantially burden the exercise of his religion in violation of the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc et seq. *Id.* at ¶2. On September 22, 2021, this Court entered an order of partial dismissal of this lawsuit. Doc. 20. That order dismissed Mr. Gonzales's claims pertaining to the presence of his spiritual advisor in the execution chamber and directed that "claims as to whether his spiritual advisor may touch him and pray with him at that time will proceed." *Id.* at 2.

Mr. Gonzales's execution date was scheduled for November 17, 2021. On October 20, 2021, the 454th Judicial District Court of Medina County, Texas, entered

an order modifying Mr. Gonzales's execution date to July 13, 2022. A copy of that order is attached to this advisory.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender

/s/ Jeremy Schepers
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746
jeremy_schepers@fd.org

/s/ Steven T. Collis
Steven T. Collis (TX 24122632)
Director, Law & Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
Steven.collis@law.utexas.edu

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Southern District of Texas using the electronic case-filing (ECF) system of the Court, which will serve all registered users in this case.

<u>/s/ Jeremy Schepers</u>
Jeremy Schepers