Cause No. 04-02-9091-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 454TH DISTRICT COURT |
| | § | |
| v. | § | OF |
| | § | |
| RAMIRO GONZAES | § | MEDINA COUNTY, TEXAS |

## EXECUTION ORDER

You, Ramiro Gonzales, were indicted by the Grand Jury of Medina County, Texas, and charged with the offense of capital murder in cause number. A jury in this Court returned a verdict finding you guilty of the offense of capital murder. On September 6, 2006, the same jury in this Court returned answers to the special issues, submitted to the jury at punishment pursuant to Article 37.071 of the Texas Code of Criminal Procedure, and this Court, in accordance with the jury's findings at punishment, assessed your punishment at death. The judgment of this Court was reviewed by the Texas Court of Criminal Appeals on direct appeal and it was affirmed by that court on June 17, 2009, with mandate issued on July 13, 2009. A previous execution date was set by this Court for November 17, 2021. This Court now proceeds to modify your prior execution date and now enters the following order.

IT IS HEREBY ORDERED by this Court that the prior execution warrant of April 6, 2021, setting a November 17, 2021, execution date for Ramiro Gonzales, is RECALLED.

IT IS HEREBY ORDERED by this Court that you, Ramiro Gonzalrs, having been adjudged guilty of capital murder and having been assessed punishment at death, in accordance with the findings of the jury and the judgment of this Court, shall at some time after the hour of 6:00 p.m. on the 13th day of July, 2022, be put to death by an executioner designated by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, who shall cause a substance or substances in a lethal quantity to be intravenously injected into your body sufficient to cause your death and until your death, such execution procedure to be determined and supervised by the said Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

It is ORDERED that the Clerk of this Court shall issue a new death warrant, in accordance with this sentence, to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, and shall deliver such warrant to the Sheriff of Medina County, Texas to be delivered by him to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice together with the defendant, Ramiro Gonzales, if not previously delivered.

The Defendant, Ramiro Gonzales, is hereby remanded to the custody of the Sheriff of Medina County, Texas, to await transfer to Huntsville, Texas, if not previously delivered, and the execution of this sentence of death.

DONE AND ENTERED this 20th day of October, 2021.

Stephen Ables
Presiding Judge
454th District Court
Medina County, Texas