# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| RAMIRO FELIX GONZALES, <br> Plaintiff, <br><br> vs. <br><br> BRYAN COLLIER, *et al*, <br> Defendants. | § CIVIL ACTION NO. <br> § 4:21-cv-828 <br> § <br> § <br> § <br> § JUDGE CHARLES ESKRIDGE <br> § <br> § <br> § <br> § |

## ORDER

Pending is an action under 42 U.S.C. § 1983 by Plaintiff Ramiro Felix Gonzales related to his upcoming execution date. Dkt 1. His execution is currently set for July 13, 2022.

The joint motion by the parties to set a scheduling order is GRANTED. Dkt 23.

The following scheduling order will control litigation in this matter:

1. The parties will complete discovery no later than **May 13, 2022**;
2. Dispositive motions, if any, will be filed no later than **May 23, 2022**;
3. Responses to dispositive motions, if any, will be filed no later than **June 6, 2022**;
4. Replies to dispositive motions, if any, will be filed no later than **June 13, 2022**;
5. Pretrial conference will occur on **June 21, 2022 at 9:30 am**;
6. The parties will submit this Court's Joint Pretrial Order, Trial Exhibit List, Trial Witness List, and Trial Deposition Designations prior to the pretrial conference on **June 20, 2022**; and

7. Trial will be held on **June 27 and 28, 2022**.

The parties must observe procedural requirements pertinent to civil litigation as specified in this Court's procedures as posted on its website.

So ordered.

Signed on February 22, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge