IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES,<br>*Plaintiff,*<br><br>v.<br><br>BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, BOBBY LUMPKIN, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and DENNIS CROWLEY, Warden of the Huntsville Unit,<br>*Defendants.* | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-00828 |

## DEFENDANTS BRYAN COLLIER, BOBBY LUMPKIN, AND DENNIS CROWLEY'S NOTICE OF FIRST SUPPLEMENTAL DISCLOSURES

Defendants Bryan Collier, Bobby Lumpkin, and Dennis Crowley, by and through their attorney of record, the Office of the Attorney General for the State of Texas, file this Notice of Defendants' First Supplemental Disclosures to Plaintiff pursuant to Rule 26, FED. R. CIV. P. 26.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

                                                */s/ Leah O'Leary*
                                                **LEAH O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**ATTORNEYS FOR DEFENDANTS
COLLIER, LUMPKIN, AND CROWLEY**

## NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing was electronically filed in accordance with the Electronic Filing System for the Southern District of Texas on March 2, 2022.

                                        */s/ Leah O'Leary*
                                        **LEAH O'LEARY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served by e-mail on March 2, 2022, addressed to:

Jeremy Schepers
Federal Public Defender
525 S. Griffith St., Ste. 629
Dallas, TX 75202
Jeremy_Schepers@fd.org
214-767-2886

                                        */s/ Leah O'Leary*
                                        **LEAH O'LEARY**
Assistant Attorney General