United States District Court
Southern District of Texas
**ENTERED**
May 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, | § § | CIVIL ACTION NO. 4:21-cv-828 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| Defendants. | § | |
| | § | |

AMENDED SCHEDULING ORDER

The following amended scheduling order will control the remining matters in this litigation:

1. The parties will file dispositive motions, if any, no later than **June 10, 2022**;

2. Responses to dispositive motions, if any, will be filed no later than **June 20, 2022**;

3. Replies to dispositive motions, if any, will be filed no later than **June 27, 2022**;

4. Pretrial conference will occur on **June 30, 2022 at 9:30 a.m**.

5. The parties will submit this Court's Joint Pretrial Order, Trial Exhibit List, Trial Witness List, and Trial Deposition Designations prior to the pretrial conference on **June 29, 2022**; and

6. Trial will be held on **July 5 and 6, 2022**.

The parties must observe procedural requirements pertinent to civil litigation as specified in this Court's procedures as posted on its website.

So ORDERED.

Signed on May 20, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge