# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, | § § | CIVIL ACTION NO. 4:21-cv-828 |
| Plaintiff, | § § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| BRYAN COLLIER, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

The unopposed motion by Defendants for leave to exceed the Court's word limit in their motion for summary judgment is GRANTED. Dkt. 39. They may file their motion for summary judgment with a word count of no more than 6,800 words, excluding caption, tables, and signature block.

The unopposed motion by Defendants to submit their motion for summary judgment and two of the exhibits under seal is also GRANTED. Dkt. 41. They have established good cause to seal the referenced filings.

SO ORDERED.

Signed on June 13, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge