IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | | |
| BRYAN COLLIER, Executive § | | Civil Case No. 4:21-cv-00828 |
| Director, Texas Department of § | | |
| Criminal Justice; § | | |
| § | | |
| BOBBY LUMPKIN, Director, § | | |
| Texas Department of Criminal § | | |
| Justice, Correctional Institutions § | | |
| Division; § | | ***EXECUTION*** |
| § | | ***SCHEDULED*** |
| *and* § | | ***FOR JULY 13, 2022*** |
| § | | |
| DENNIS CROWLEY, Warden, § | | |
| Texas Department of Criminal § | | |
| Justice, Huntsville Unit, § | | |
| *Defendants*. § | | |

**PLAINTIFF'S UNOPPOSED MOTION REQUESTING THE COURT
TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

This case is scheduled for trial on July 5 and 6, 2022. Dkt 36. The Plaintiff's attendance at trial is necessary. To allow Plaintiff the ability to attend trial, he respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum ordering the Warden at the Texas Department of Criminal Justice's Polunsky Unit to deliver Plaintiff Ramiro Felix Gonzales

into the custody of the United States Marshal for the Southern District of Texas. A proposed order is enclosed.

Dated this 13th day of June, 2022.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender

*/s/ Jeremy Schepers*
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit

Michael Kawi
Assistant Federal Public Defender

Victoria Inojosa
Research and Writing Attorney

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
(214) 767-2746
jeremy_schepers@fd.org


*/s/ Steven T. Collis*
Steven T. Collis (TX 24122632)
Director, Law & Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
steven.collis@law.utexas.edu

COUNSEL FOR PLAINTIFF GONZALES

## CERTIFICATE OF WORD COUNT

Counsel certifies that the body of this motion contains 80 words, according to his word-processing program.

>  */s/ Jeremy Schepers*
>  Jeremy Schepers

## CERTIFICATE OF CONFERENCE

Counsel certifies that he conferred with opposing counsel, Leah O'Leary, and Defendants are unopposed to the relief requested in this motion.

>  */s/ Jeremy Schepers*
>  Jeremy Schepers

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, a copy of the foregoing motion was delivered via ECF to the Texas Attorney General's Office, Leah O'Leary, counsel for the Defendants, at leah.oleary@oag.texas.gov.

>  */s/ Jeremy Schepers*
>  Jeremy Schepers