UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Ramiro Felix Gonzales<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:21–cv–00828 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | §<br>§ | |
| Bryan Collier, et al.<br>Defendant. | §<br>§ | |

NOTICE OF SETTING

Take notice that a Status Conference is set as follows:

Wednesday, June 22,2022, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002