IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, *Plaintiff*, | § § § | |
| v. | § § § | |
| BRYAN COLLIER, Executive Director, Texas Department of Criminal Justice, Huntsville, Texas; | § § § § § § | Civil Case No. 4:21-cv-828 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Huntsville, Texas; | § § § § § § | ***EXECUTION SCHEDULED FOR JULY 13, 2022*** |
| *and* | § § | |
| DENNIS CROWLEY, Warden, Texas Department of Criminal Justice, Huntsville Unit, Huntsville, Texas, *Defendants*. | § § § § § | |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Ramiro Felix Gonzales respectfully requests to file his Motion for Preliminary Injunction under seal. Discovery in Mr. Gonzales's case is subject to a protective order, Dkt 25, and confidential facts are used and referenced in this filing. Mr. Gonzales's response also heavily cites and

1

references various sealed filings in this case. Mr. Gonzales seeks to avail himself of those facts while abiding by the terms of the joint protective order.

Allowing Mr. Gonzales to file this document under seal will not prejudice or hinder Defendants in litigating this case. Mr. Gonzales will provide Defendants' counsel with a copy of this filing.

Dated this 24th day of June, 2022.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender

*/s/ Jeremy Schepers*
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit

Michael Kawi
Assistant Federal Public Defender

Victoria Inojosa
Research and Writing Attorney

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
(214) 767-2746
jeremy_schepers@fd.org

Steven T. Collis (TX 24122632)
Director, Law & Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
steven.collis@law.utexas.edu

## CERTIFICATE OF WORD COUNT

Counsel certifies that the body of this Motion contains 102 words, according to his word-processing program.

*/s/ Jeremy Schepers*
Jeremy Schepers

## CERTIFICATE OF CONFERENCE

Counsel certifies that he conferred with opposing counsel, Leah O'Leary, who informed the undersigned that Defendants are unopposed to the relief requested in this Motion.

*/s/ Jeremy Schepers*
Jeremy Schepers

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I sent a true and correct copy of the foregoing was filed in this Courts CM/ECF system, which will serve Leah O'Leary, counsel for the Defendants, at leah.oleary@oag.texas.gov.

*/s/ Jeremy Schepers*
Jeremy Schepers
