**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RAMIRO GONZALES, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-828 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| BRYAN COLLIER, *et al.*, | § § | |
| Defendants. | | |

**TRIAL WITNESS LIST OF PLAINTIFF**

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| 1. | Ramiro Gonzales | TDCJ-Polunsky Unit<br>3872 FM 350<br>Livingston, TX 77351 |
| | Mr. Gonzales will testify live as a fact witness.<br><br>Mr. Gonzales is a death-row inmate and the plaintiff in this case. He will testify as to the sincerity of his religious beliefs. He will also testify regarding the spiritual significance of to him of his requested accommodation in the execution chamber. | |
| 2. | Mark J. S. Heath, M.D. | Department of Anesthesiology<br>Columbia University<br>622 W. 168th St.<br>New York, NY 10032 |
| | Dr. Heath will testify live as an expert witness.<br><br>Dr. Heath is an anesthesiologist with extensive publication and experience regarding lethal injection. He will testify regarding the risks that may exist to an IV line; how those risks are typically mitigated; and what risks holding someone's hand during the lethal injection will pose. He will testify regarding | |

| |the substance of his report and supplement report that were served and filed.|
|---|---|

Dated this 29th day of June, 2022.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender

*/s/ Jeremy Schepers*
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit

Michael Kawi
Assistant Federal Public Defender

Victoria Inojosa
Research and Writing Attorney

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
(214) 767-2746
jeremy_schepers@fd.org


*/s/ Steven T. Collis*
Steven T. Collis (TX 24122632)
Director, Law & Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
steven.collis@law.utexas.edu

COUNSEL FOR PLAINTIFF GONZALES

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2022, a true and correct copy of the foregoing document was filed in the CM/ECF system, which will serve Leah O'Leary, counsel for the Defendants, at leah.oleary@oag.texas.gov.

                                              */s/ Jeremy Schepers*
                                              Jeremy Schepers