RECEIVED
UNITED STATES MARSHAL
2022 JUN 30 PM 4: 28
SOUTHERN DIST. S/TX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, | § § § § | CIVIL ACTION NO. 4:21-cv-828 |
| Plaintiff, | | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| BRYAN COLLIER, *et al.*, | § § § | |
| Defendants. | § | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To: Warden
Polunsky Unit
3782 FM 350 South
Livingston, Texas 77351

You are hereby ORDERED to deliver **Ramiro Felix Gonzales, #999513,** into the custody of the United States Marshal for the Southern District of Texas on July 5, 2022, at 9:00 a.m. for the purpose of having same inmate appear for a trial before the Court at the United States Courthouse, 515 Rusk Avenue, Courtroom 8B, 8th Floor, Houston, Texas at that time. Said inmate shall remain in the custody of the United States Marshal during hours of Court, until the conclusion of the trial in this matter. Trial in this case

is scheduled for July 5 and July 6, 2022. At the conclusion of the trial, the inmate will be returned to the custody of the Warden.

SO ORDERED.

Signed on ___June 30, 2022___, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge