United States District Court
Southern District of Texas

**ENTERED**

July 05, 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, | § § | CIVIL ACTION NO. 4:21-cv-00828 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| Defendants. | § | |

## PRELIMINARY INJUNCTION

In accordance with the opinion and order on issuance of preliminary injunction entered this same day, the following a preliminary injunction is hereby ENTERED:

The State of Texas may proceed with the execution of Ramiro Felix Gonzales on July 13, 2022, only if Defendants Bryan Collier (as Executive Director of the Texas Department of Criminal Justice), Bobby Lumpkin (as Director of the Texas Department of Criminal Justice—Correctional Institutions Division), and Dennis Crowley (as Warden of the Huntsville Unit, including any successor) permit his spiritual advisor, Reverend Bri-anne Swan, to hold his hand, place a hand on his chest, and audibly pray during and at the time of execution in accordance with the tenets of his religion.

For the avoidance of doubt, the Texas Department of Criminal Justice may not proceed with the execution of Ramiro Felix

Gonzales on July 13, 2022, if for any reason it decides not to permit any part of these specified religious accommodations.

TDCJ retains discretion under RLUIPA to avoid the preemptive force of this injunctive relief "by changing the policy or practice that results in a substantial burden on religious exercise, by retaining the policy or practice and exempting the substantially burdened religious exercise, by providing exemptions from the policy or practice for applications that substantially burden religious exercise, or by any other means that eliminates the substantial burden." 42 USC § 2000cc-3(e).

So ORDERED.


Signed on July 5, 2022, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge

2