UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, | § § § § § | CIVIL ACTION NO. 4:21-cv-00828 |
| Plaintiff, | | |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| BRYAN COLLIER, *et al*, Defendants. | § § | |

## ORDER

An opinion and order on issuance of preliminary injunction has been entered this same day. That has been docketed under seal because it contains non-public and highly sensitive information regarding Texas execution protocols and the execution chamber at the Huntsville Unit. But this litigation is a matter of public concern, and the vast majority of the text within the opinion and order don't warrant indefinite sealing.

As such, TDCJ is ORDERED to submit by July 15, 2022, a redacted copy of the opinion and order suitable for filing on the public docket, along with justification for keeping under seal those items marked for redaction.

SO ORDERED.

Signed on July 5, 2022 at Houston, Texas.

Hon. Charles Eskridge
United States District Judge