IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMIRO FELIX GONZALES,<br>*Plaintiff,*<br><br>v.<br><br>BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, BOBBY LUMPKIN, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and DENNIS CROWLEY, Warden of the Huntsville Unit,<br>*Defendants.* | CIVIL ACTION NO. 4:21-CV-00828 |

## DEFENDANTS' ADVISORY TO THE COURT REGARDING PLAINTIFF'S STAY OF EXECUTION

Defendants Bryan Collier, Bobby Lumpkin, and Dennis Crowley herein advise the Court that Ramiro Gonzales received a stay of execution from the Texas Court of Criminal Appeals on grounds unrelated to the instant litigation. He was therefore not executed. Gonzales now has no scheduled execution date.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**MATTHEW OTTOWAY**
Assistant Attorney General
Criminal Appeals Division
OFFICE OF THE ATTORNEY GENERAL
State Bar No. 24047707
Southern District Admission No. 892308

**ATTORNEYS FOR DEFENDANTS
COLLIER, LUMPKIN, AND CROWLEY**

### CERTIFICATE OF SERVICE AND ELECTRONIC FILING

I, **LEAH O'LEARY**, hereby certify that on July 14, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Southern District of Texas using the electronic case-filing (ECF) system of the Court, which electronically serves all counsel of record and registered users in this case.

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General