IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMIRO FELIX GONZALES,<br>*Plaintiff,*<br><br>v.<br><br>BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, BOBBY LUMPKIN, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and DENNIS CROWLEY, Warden of the Huntsville Unit,<br>*Defendants.* | § § § § § § § § § § § § § § §   CIVIL ACTION NO. 4:21-CV-00828 |

**DEFENDANTS' BRIEF IN SUPPORT OF REDACTIONS**

The Court ordered Defendants to submit a redacted version of the Sealed Opinion and Order on Issuance of the Preliminary Injunction suitable for public filing. ECF No. 93. Defendants Bryan Collier, Bobby Lumpkin, and Dennis Crowley submit the attached redacted version of the Order with the following justifications.

The proposed redactions protect details of the execution chamber that are not otherwise publicly available. The information includes measurements, detailed descriptions, photographs, and other security components of the execution chamber. This information, if publicly disclosed, could be used to circumvent security measures in the execution chamber. If a person possessed these details ahead of an execution, the information could be used to plan ways to circumvent security or to disrupt an execution. The redactions were made with the goal of maximizing the amount of publicly available information, but while maintaining

ultra-sensitive information necessary to maintain the security of the execution chamber.

                Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**MATTHEW OTTOWAY**
Assistant Attorney General
Criminal Appeals Division
OFFICE OF THE ATTORNEY GENERAL
State Bar No. 24047707
Southern District Admission No. 892308

**ATTORNEYS FOR DEFENDANTS COLLIER, LUMPKIN, AND CROWLEY**

## **CERTIFICATE OF SERVICE AND ELECTRONIC FILING**

I, **LEAH O'LEARY**, hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Southern District of Texas using the electronic case-filing (ECF) system of the Court, which electronically serves all counsel of record and registered users in this case.

<u>*/s/ Leah O'Leary*</u>
**LEAH O'LEARY**
Assistant Attorney General