United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMIRO FELIX GONZALES, | § § | CIVIL ACTION NO. 4:21-cv-0828 |
| Plaintiff, | § § § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| BRYAN COLLIER, *et al*, | § § | |
| Defendants. | § | |

FINAL JUDGMENT

This case is DISMISSED WITHOUT PREJUDICE.

This is a final judgment.

SO ORDERED.

Signed on September 26, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge